UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

WILLIAM and BARBARA CAREY
As administrators of the estate of
MICHAEL CAREY,

                      Plaintiffs,           **NOTICE OF MOTION**

         -vs-                                      18-CV-6307

**LISA SALVADORE,**

                      Defendant.

      **PLEASE TAKE NOTICE** that upon the pleadings in this action, the Defendant's Memorandum of Law, and the Declaration of Hillel Deutsch, both submitted but not filed, in accordance with Local Rule of Civil Procedure 5.3(c)(2), Defendant moves this Court for an Order pursuant to Local Rule of Civil Procedure 5.3(c), ordering the documents identified in the submitted Declaration to be sealed, as well as such other and further relief as this Court may deem just and proper.

      This Motion is submitted on the papers. No oral argument is requested. Defendant reserves the right to file reply papers if appropriate.

Dated: March 21, 2024
       Rochester, New York

                                  LETITIA JAMES
                                  Attorney General of the State of New York
                                  Attorney for Defendant

                                  *s/ Hillel Deutsch*
                                  HILLEL DEUTSCH
                                  Assistant Attorney General of Counsel
                                  NYS Office of the Attorney General
                                  144 Exchange Boulevard, Suite 200
                                  Rochester, New York 14614
                                  Telephone: (585) 546-7430
                                  hillel.deutsch@ag.ny.gov

## CERTIFICATE OF SERVICE

I certify that on March 21, 2024, I electronically filed the foregoing Notice of Motion on behalf of Defendants with the Clerk of the District Court using CM/ECF system, which sent notification of such filing to the following:

1. Elmer R. Keach , III
   Law Offices of Elmer Robert Keach, III, PC
   One Pine West Plaza
   Suite 109
   Albany, NY 12205

And, I hereby certify that I have mailed, by the United States Postal Service, a copy of the document to the following non-CM/ECF participant(s):

1. n/a

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendant


 s/ Hillel Deutsch
HILLEL DEUTSCH
Assistant Attorney General of Counsel
NYS Office of the Attorney General
144 Exchange Boulevard, Suite 200
Rochester, New York 14614
Telephone: (585) 546-7430
hillel.deutsch@ag.ny.gov