## New York State Department of Correctional Services

## Groveland Correctional Facility

### 7000 Sonyea Road

### Sonyea, NY 14556

### QI REPORT

TO: Dr. Paula Bozer, Regional Medical Director

Dr. Carl Koenigsmann, Deputy Commissioner of Central Health Services

FROM: Crista Sanders, NA I

DATE: April 22, 2015

RE: QI Mortality review of death of Corey, Michael

Present: DSA Dean, J. Buckel ICN, C. Sanders NA I, P. Bozer, RMD, Steve Ash RHSA, K. Bowers RN 2, S. Kruzer SURN, J. Schillaci Fire & Safety, Dr. Marfatia,

M. Passage DSS

Clerical: M. Yarger KBS1

*Patient being treated for Asthma per protocol, Infected R. great toe

*Pre-incident per evening staff nurses, patient requested inhaler for asthma SOB, not documented on the inpatient chart.

*Inpatient nurse's note done in block format.

*Patient sleeping, snoring per other patients in the room

*Officer making 6AM round discovered patient unresponsive

\*Immediate Medical response was appropriate, 911 called for ambulance, CPR initiated

\*Patient was seen by Mt. Morris Ambulance ALS care and pronounced dead in infirmary bed 3 at 6:36AM

\*Autopsy results are pending

**\*Corrective action plan to include**: review infirmary charting process (No block charting)

\*No staff to leave unit during code process, must check out with Watch Commander

\*Charting is to be done at the time of the incident and can be done by any nurse that is on duty, cannot leave charting for later entry

\*Educate staff about code sheet documentation

\* For this incident, have RN write report as a late entry, as an addendum with date written. No back dating on the addendum

\*On call MD must complete page 1 of SCOC 187 within six hours

\*Formal Counsel nurse regarding the progress note and code sheet